

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2023

No. 04-23-00141-CV

**IN RE D.R.**

Original Proceeding[1]

**ORDER**

On February 27, 2023, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on May 31, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021-PA-01167, styled *In the Interest of D.R., a Child*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.